# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO.  09-13-00389-CR

_____

### IN RE BRETT W. LIGON, MONTGOMERY COUNTY DISTRICT ATTORNEY, AND BARBARA ADAMICK, DISTRICT CLERK FOR MONTGOMERY COUNTY, TEXAS

_____

### Original Proceeding

_____

### ORDER

Brett W. Ligon, Montgomery County District Attorney, and Barbara Adamick, District Clerk for Montgomery County, Texas, filed a petition for writ of mandamus.  The State of Texas, acting through Brett W. Ligon in his capacity as the District Attorney for Montgomery County, Texas, is a party to a criminal case, Cause No. 13-01-00685 CR, *The State of Texas v. Leon Davis.*  Barbara Adamick, in her capacity as the District Clerk for Montgomery County, Texas, is a non-party affected by a trial court order in Cause No. 13-01-00685 CR.  Relators seek a writ compelling the Honorable Kelly W. Case, Judge of the 9th District Court, to vacate

1

its August 16, 2013 order requiring the District Clerk to provide partially redacted copies of juror information questionnaires to an expert retained by the real party in interest, Leon Davis. We note our jurisdiction over this matter and the parties. *See* Tex. Gov't Code Ann. § 22.221 (West 2004).

Relators allege that prejudice will result if the documents are produced before the issues raised in the petition for writ of mandamus can be resolved.

The Court finds temporary relief is necessary to prevent undue prejudice. It is ORDERED that the trial court's order of August 16, 2013 in Cause No. 13-01-00685 CR is STAYED until our Opinion issues or until further order of this Court. *See* Tex. R. App. P. 52.10(b). No bond is required of the relators as a condition to any relief herein granted.

The response of the real party in interest, Leon Davis, is due September 6, 2013, at 5:00 p.m.

MOTION FOR TEMPORARY RELIEF GRANTED.

ORDER ENTERED August 27, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.

2